UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO: 4:08CV00891 HEA |
| ) | |
| ONE 2005 CHRYSLER 300C, VIN ) | |
| 2C3AA63HX5H631206 ) | |
| WITH ALL APPURTENANCES ) | |
| AND ATTACHMENTS THEREON, ) | |
| ) | |
| Defendant. ) | |

## DEFAULT JUDGMENT OF FORFEITURE

Plaintiff, United States of America has moved this Court, pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, for entry of Final Judgment by Default in the defendant vehicle. Plaintiff has shown that there was reasonable cause for seizure, that a complaint for forfeiture was filed, that the claimant, Paula Drones, was served with process by reasonably calculated means and that any and all other potential claimants have been served by publication. No answer to the Verified Complaint of Forfeiture for the defendant vehicle has been filed with the court by Paula Drones. Paula Drones' claim has been struck for failure to comply with procedural requirements of the Supplemental Rules of Admiralty and Maritime Claims. No other potential claimant has filed a claim for the defendant vehicle. The clerk of the Court has entered a default for the defendant vehicle in this action. Therefore, it is hereby,

ORDERED, ADJUDGED AND DECREED:

(1) That a judgment by default is hereby entered against the defendant vehicle;

(2) That all persons claiming any right, title or interest in or to the defendant vehicle are held in default;

(3) That the defendant vehicle is hereby forfeited to the United States of America; and

1

(4) That the defendant vehicle be disposed of according to law.

IT IS FURTHER ORDERED, FOUND AND CERTIFIED:

(5) That, pursuant to Title 28, United States Code, Section 2465, reasonable cause existed for the seizure of the defendant vehicle.

SO ORDERED:

HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE

Dated this 14th day of August, 2009